ACCEPTED
01-14-01011-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/3/2015 1:04:39 PM
CHRISTOPHER PRINI
CLERK



FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/3/2015 1:04:39 PM
CHRISTOPHER A. PRINE
Clerk

In The

# Court of Appeals
### For The
## First District of Texas

## NO. 01- 14-01011-CV

## HOPE THERAPY, Appellant

## V.

## ST. ANTHONY'S HOSPITAL a/k/a LTHM HOUSTON-OPERATIONS, LLC d/b/a ST. ANTHONY'S HOSPITAL, Individually, as well as Jointly and Severally; JASON LEDAY a/k/a JASON DAMON LEDAY, Individually, as well as Jointly and Severally; DERIC OUTLEY a/k/a DERIC DEMOND OUTLEY, Individually, as well as Jointly and Severally; and VICTORIA MAE BABINEAUX a/k/a VICTORIA SHANEQUIA BABINEAUX, Individually, as well as Jointly and Severally; Appellee

### On Appeal from the 269th Judicial District Court
### Harris County, Texas
### Trial Court Cause No. 201274149

## NOTIFICATION TO MEDIATOR

TO:   Dion Ramos, Attorney at Law & Mediator
      TBA # 16617500
      4601 Washington Avenue, Suite 200
      Houston, Texas 77007

Office: (713) 355-9595
Facsimile: (713) 758-0157
E-Mail: karina@dionramos.com


As the mediator in this cause, you are responsible for ensuring that the attached Appointment and Fee Report Mediation form is completed. The form must be filed with the Clerk of this Court no later than two days from the conclusion of the mediation.